AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re SMART Tech. Inc. Shareholder Litig. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 11-CV-7673-KBF |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff The City of Miami General Employees' and Sanitation Employees' Retirement Trust.

Date: 12/10/2012

/s/
*Attorney's signature*

Hannah G. Ross (HG-5180)
*Printed name and bar number*

Bernstein Litowitz Berger & Grossmann
1285 Avenue of the Americas
New York, NY 10019
212-554-1400
*Address*

hannah@blbglaw.com
*E-mail address*

(212) 554-1411
*Telephone number*

(212) 554-1444
*FAX number*