UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMART TECHNOLOGIES, INC. SHAREHOLDER LITIGATION | No. 11-CV-7673-(KBF)<br><br>ECF CASE |

**DECLARATION OF HANNAH G. ROSS IN FURTHER SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND
APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

I, HANNAH G. ROSS, hereby declare as follows:

1. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel for Lead Plaintiff, the City of Miami General Employees' and Sanitation Employees' Retirement Trust. I respectfully submit this Declaration in Further Support of Lead Plaintiff's Motion for Class Certification and Appointment of Class Representative and Class Counsel.

2. Attached hereto are true and correct copies of the following:

| Exhibit | Description |
|---|---|
| 1 | Excerpts from SMART Technologies, Inc. "Sales force memo re: $600MM Initial Public Offering", dated June 2010 (MS00000566-67; MS00000603-607) |
| 2 | Email from N. Knowlton to A. Sodhani, S. Nathoo, D. Martin, D. Fitch, et al. re: "FW: Organizational Meeting Issues Discussion", dated December 7, 2009 (80103DOC009767-775) |
| 3 | Email from S. Nathoo to D. Martin, et al. re: "Some insight on market sentiment…", dated August 5, 2010 (SMART00001523-24) |
| 4 | Email from N. Knowlton to A. Sodhani, S. Nathoo, D. Martin, D. Fitch et al. re: "NDR Road Show update – confidential", dated September 10, 2010 (SMART00050743-44) |

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2012

                                          /s/ *Hannah G. Ross*
                                              Hannah G. Ross