UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMART TECHNOLOGIES, INC. SHAREHOLDER LITIGATION | No. 11-CV-7673-(KBF)<br><br>ECF CASE |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) CERTIFICATION OF THE U.S. SETTLEMENT CLASS AND (III) APPROVAL OF NOTICE TO THE U.S. SETTLEMENT CLASS**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement of Class Actions dated April 30, 2013, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed U.S. Settlement Class and appointing Lead Plaintiff as class representative and U.S. Lead Counsel as class counsel for the U.S. Settlement Class; and (iii) approving the form and manner of giving notice of the proposed Settlement to U.S. Settlement Class Members. The proposed Order Preliminarily Approving Proposed Settlement and Providing for Notice ("Preliminary Approval Order"), including its exhibits, is attached hereto as Exhibit 2.

After entry of the Preliminary Approval Order and upon being informed that the Canadian Court has entered the Canadian Pre-Approval Order, U.S. Lead Counsel will request that the Court set a date for the hearing on final approval of the Settlement and the motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

Dated: April 30, 2013
       New York, New York

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By:   /s/ Hannah G. Ross

    Hannah G. Ross
    Jeremy Robinson
    Katherine M. Sinderson
    1285 Avenue of the Americas
    New York, New York 10019
    Telephone: (212) 554-1400
    Facsimile: (212) 554-1444

*Lead Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

    Robert D. Klausner, Esq.
    10059 N.W. 1st Court
    Plantation, FL 33324
    Telephone: (954) 916-1202

*Additional Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust*

#721122