UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SMART TECHNOLOGIES, INC. SHAREHOLDER LITIGATION | No. 11-CV-7673-(KBF)<br><br>ECF CASE |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Proposed Settlement and Providing for Notice dated May 23, 2013, and upon (i) the Declaration of Hannah G. Ross in Support of (A) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) all other papers and proceedings herein, Lead Counsel, will and does hereby move this Court, before the Honorable Katherine B. Forrest, on September 17, 2013 at 1:00 p.m. in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses.

Dated: July 8, 2013
      New York, New York

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

By: */s/ Hannah G. Ross*

    Hannah G. Ross
    Jeremy Robinson
    Katherine M. Sinderson
    1285 Avenue of the Americas
    New York, New York 10019
    Telephone: (212) 554-1400
    Facsimile: (212) 554-1444

*Lead Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust*

**KLAUSNER & KAUFMAN, P.A.**

    Robert D. Klausner, Esq.
    10059 N.W. 1st Court
    Plantation, FL 33324
    Telephone: (954) 916-1202

*Additional Counsel for Lead Plaintiff the City of Miami General Employees' and Sanitation Employees' Retirement Trust*

#732657