```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IN RE SMART TECHNOLOGIES, INC.                               :    11 Civ. 7673 (KBF)
SHAREHOLDER LITIGATION                                       :
                                                             :    <u>ORDER</u>
------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

On July 8, 2013, Lead Plaintiff, the City of Miami General Employees' and Sanitation Employees' Retirement Trust, on behalf of itself and the U.S. Settlement Class, filed a Motion for Final Approval of Class Action Settlement and Plan of Allocution in the above-reference matter. On July 18, 2013, two Smart Technologies, Inc. shareholders, Dianne Keene and Thomas Harper, filed an Objection to the proposed Plan of Allocution.

The Court hereby notifies the parties that they have until on or before **September 12, 2013** to file a response, should they so desire.

SO ORDERED:

Dated:  New York, New York
        September 6, 2013

                                         _____
                                         KATHERINE B. FORREST
                                         United States District Judge